Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Sandeep J. Shah (Cal Bar No.: 210449)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
sshah@buchalter.com
Attorneys for Plaintiff DIRECTV, INC.

Shawn R. Parr (Cal. Bar No.: 206616)
**PARR LAW GROUP**
150 Almaden Boulevard, Suite 1380
San Jose, California 95113
Telephone: (408) 267-4500
Facsimile: (408) 267-4535
shawn@parrlawoffices.com
Attorney for Defendant RICHARD ZINN

Thomas P. Hogan (Cal. Bar No.: 95055)
**LAW OFFICE OF THOMAS P. HOGAN**
1207 13th Street, Suite One
Modesto, California 95354
Telephone: (209) 492-9335
Facsimile: (209) 492-9356
thogan6137@aol.com
Attorney for Defendant RUBEN MEZA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DIRECTV, INC., a California corporation, | Case No.: CIV-S-03-1886 FCD DAD |
| Plaintiff, | Hon. Frank C. Damrell, Jr. |
| vs. | **ORDER ON STIPULATION TO EXTEND TIME TO COMPLETE DISCOVERY** |
| RICHARD ZINN, et al., | |
| Defendants. | [Filed concurrently with Stipulation to Extend Time to Complete Discovery] |

Having read the Stipulation to Extend Time to Complete Discovery filed herein by Plaintiff DIRECTV, Inc., Defendant RICHARD ZINN, and Defendant RUBEN MEZA, and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing

therefore, the Court ORDERS as follows:

    1.    The Court amend the Scheduling Order to extend the discovery cut-off date, the trial date, and all trial-related dates for a period of approximately one hundred and fifty (150) days as follows:

    (a)    The discovery cut-off date is continued from May 6, 2005 to October 3, 2005;

    (b)    The Motion hearing date is continued from July 22, 2005 to December 16, 2005;

    (c)    The Pre-trial Conference Statement due date is continued from September 23, 2005 to February 17, 2006;

    (d)    Pre-trial Conference hearing date is continued from September 30, 2005 to February 24, 2006 at 2:30 p.m.; and

    (e)    Trial date is continued from November 28, 2005 to April 25, 2006 at 9:00 a.m.

DATED: April 25, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
US District Judge