UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DIRECTV, INC.,

        Plaintiff,

        v.

RICHARD ZINN, et al.,

        Defendants.
_____/

NO. CIV. S-03-1886 FCD/DAD

**ORDER RE: SETTLEMENT AND DISPOSITION** re: dft RUBEN MEZA

Pursuant to the representations of plaintiff's counsel in the above action the court has determined that this case has settled as to defendant Ruben Meza only.

In accordance with the provisions of Local Rule 160, dispositional documents are to be filed on or before August 22, 2005.

**FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

IT IS SO ORDERED.

Dated: July 13, 2005

                        /s/ Frank C. Damrell Jr.
                        FRANK C. DAMRELL, JR.
                        United States District Judge