Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Sandeep J. Shah (Cal. Bar No.: 210449)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-mail: sshah@buchalter.com
Attorneys for Plaintiff DIRECTV, INC.

Thomas P. Hogan (Cal. Bar No.: 95055)
**LAW OFFICE OF THOMAS P. HOGAN**
121 Downey Avenue
Suite 101A
Modesto, CA 95354
Telephone: (209) 492-9335
Facsimile: (209) 492-9356
Attorney for Defendant RUBEN MEZA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD ZINN, et al.,<br><br>Defendants. | Case No.: CIV-S-03-01886 FCD DAD<br><br>Hon. Frank C. Damrell, Jr.<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISAL OF DEFENDANT RUBEN MEZA AND REQUEST TO RETAIN JURISDICTION** |

IT IS HEREBY STIPULATED by and between Plaintiff DIRECTV, Inc. ("DIRECTV") and Defendant RUBEN MEZA ("Defendant"), through their respective counsel of record, that the above-captioned action be and hereby is dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), **only** as to Defendant RUBEN MEZA. Each of said parties to bear its/his own costs and attorney's fees.

The terms of the Confidential Settlement Agreement dated July 5, 2005 ("Agreement") entered into between the Defendant and DIRECTV require installment payments from Defendant, the last of which is not due to be received until August 2006. If the Defendant

does not make any payment under the Agreement when due, DIRECTV is authorized to seek the entry of a Judgment in this action against Defendant pursuant to a Stipulation for Entry of Judgment ("Stipulation") executed by the parties concurrently with the Agreement.  The parties therefore have consented, and hereby further stipulate and consent to, the retention of jurisdiction over them by this Court and to reference to a Magistrate Judge in this District for the purpose of enforcing the payment terms of the Agreement, including entering a Judgment against Defendant pursuant to the Stipulation.  The parties therefore respectfully request that the Court retain such jurisdiction.

DATED: August 3, 2005            Respectfully Submitted,

BUCHALTER, NEMER, FIELDS & YOUNGER
A Professional Corporation


By: /s/ Sandeep J. Shah
       Sandeep J. Shah
       Attorneys for Plaintiff DIRECTV, Inc.


DATED: August 3, 2005            LAW OFFICE OF THOMAS P. HOGAN


By:  /s/ Thomas P. Hogan (original retained in attorney file)
       Thomas P. Hogan
       Attorneys for Defendant RUBEN MEZA

**ORDER**

HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary Dismissal of Defendant RUBEN MEZA and Request to Retain Jurisdiction, and such other pleadings, documents and records deemed appropriate by the Court, and good cause appearing therefore,

IT IS HEREBY ORDERED:

(1) Defendant RUBEN MEZA is hereby dismissed from this action without prejudice;

(2) Each of said parties to bear its/his own costs and attorney's fees; and

(3) The Court shall retain jurisdiction over DIRECTV and Defendant RUBEN MEZA to enforce the terms described above of the Settlement Agreement between those parties dated July 5, 2005 and hereby refers any further proceedings in this action to enforce such terms of the Settlement Agreement to a Magistrate Judge of this District.

Dated: August 4, 2005

/s/ Frank C. Damrell Jr.
Honorable Frank C. Damrell, Jr.
Judge of the United States District Court
Eastern District of California