Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER NEMER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone:(949) 760-1121
Facsimile: (949) 720-0182
E-mail: btran@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation, | Case No. CIV-S-03-1886 FCD DAD |
| Plaintiff, | Hon. Frank C. Damrell, Jr. |
| vs. | **ORDER DISMISSING DEFENDANT RICHARD ZINN** |
| RICHARD ZINN, | |
| Defendant. | |

Having read the Request for Voluntary Dismissal of Defendant Richard Zinn ("Defendant") filed herein by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1. This action is hereby dismissed with prejudice as against Defendant Richard Zinn; and the entire action is now dismissed;

2. Each party shall bear its/his own attorneys' fees and costs incurred in this action to date.

DATED: October 17, 2005

/s/ Frank C. Damrell Jr.
Honorable Frank C. Damrell, Jr.
United States District Court
Eastern District of California

BNFY 267541v1                                1                            (CIV-S-03-1886 FCD DAD)

**[PROPOSED] ORDER DISMISSING DEFENDANT RICHARD ZINN**